# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: )<br>)<br>ROBERT J. HANRATTA, JR. )<br>KERRY F. HANRATTA )<br>)<br>Debtors. )<br>) | Case No. 11-33907-DOT<br><br>Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that UNION FIRST MARKET BANK ("Bank") appears herein and demands, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in this case, be given to and served upon counsel listed below at the following office address, electronic mail address, telephone and facsimile numbers:

> Stephen E. Leach, Esquire
> D. Marc Sarata, Esquire
> LEACH TRAVELL BRITT PC
> 8270 Greensboro Drive, Suite 1050
> McLean, Virginia 22102
> sleach@ltblaw.com
> msarata@ltblaw.com
> Telephone: (703) 584-8900
> Telecopier: (703) 584-8901

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes both the notices and papers referred to in the Rules specified above, and also, without limitation, all orders, and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed, by mail, overnight delivery, e-mail, messenger, facsimile, telephone, telegraph or otherwise, which may affect or seek to affect in any way the rights or interests of the debtor, creditors, any committee, the United States Trustee, or any other party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that the Bank intends that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit shall waive any right to (1)

Stephen E. Leach (VA 20601)
D. Marc Sarata (VA 68621)
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone: (703) 584-8900
Counsel for Union First Market Bank

have final orders in non-core matters entered only after *de novo* review by a district judge; (2) trial by jury in any proceeding so triable in this case or any controversy, or proceeding related to this case; (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) contest the jurisdiction of this Court over this case or over the Bank on any ground or theory whatsoever; and (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Bank is or may be entitled to under any agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

The Bank additionally requests that the debtor and the Clerk of the Court place its name and address on the service list, any mailing matrix, abbreviated service list, or list of creditors to be prepared or existing in this case.

Date: June 29, 2011　　　　　　　　Respectfully submitted,

**UNION FIRST MARKET BANK**

*/s/ D. Marc Sarata*
Stephen E. Leach (VA 20601)
D. Marc Sarata (VA 68621)
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone:　(703) 584-8900
Telecopier:　(703) 584-8901
E-mail:　　 sleach@ltblaw.com
　　　　　　msarata@ltblaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have this June 29, 2011, caused a true and correct copy of the foregoing Notice of Appearance to be served upon the following via operation of the ECF system:

Kevin A. Lake
McDonald, Sutton & Duval, PLC
5516 Falmouth Street, Suite 108
Richmond, VA 23230
Counsel for Debtor(s)

Roy M. Terry, Jr.
DurretteCrump PLC
P.O. Box 2188
Richmond, VA 23218-2188
Bankruptcy Trustee

Office of The United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

      /s/ D. Marc Sarata
      D. Marc Sarata