Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON, & DUVAL
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Debtors*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

ROBERT J. HANRATTA                           Chapter 7

Apartment 1527

1000 Sommerworth Lane
Richmond, VA 23233
SSN / ITIN: xxx-xx-4024


And                                          Case No.:  11-33907-DOT

KERRY F. HANRATTA

1570 Miller Lane
Manakin-Sabot, VA 23103

SSN / ITIN: xxx-xx-6125

**\*\*\*<u>NOTICE OF MOTION AND HEARING</u>\*\*\***

The above-captioned debtors ("Debtors") have filed papers with the court seeking a further  extension of time to file schedules, statements, and other papers in this bankruptcy case (see the attached Motion for details).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion , or if you want the court to consider your views on the motion, then on or before August 2, 2011, you or your attorney must:

File with the court, at the address shown below, a written request for hearing and a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.


William Redden, Clerk
United States Bankruptcy Court

Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, VA 23219

You must also mail a copy to:

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON, & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230

You must also:

Attend the hearing on the motion scheduled to be held on AUGUST 9, 2011 at 12:00 p.m. at the United States Bankruptcy Court, 701 East Broad Street, Courtroom 5100, Richmond, VA 23219.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

**ROBERT J. HANRATTA and**
**KERRY F. HANRATTA**

By: /s/ Kevin A. Lake

Kevin  A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON, & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
T:       (804) 643-0000
F:       (804) 788-4427
klake@mcdonaldsutton.com

*Counsel for Debtors*

**CERTIFICATE**

I hereby certify that I have caused to be mailed, via electronic means or by regular mail, first class, postage prepaid, on this 14th day of July, 2011, a true and correct copy of the foregoing Notice and attached Motion, in accordance with Rule 7005 of the Federal Rules of Bankruptcy Procedure, to the following: See Attached Mailing List[1]:

/s/ Kevin A. Lake
Kevin A. Lake

---

[1] The Mailing List, per Local Rule, is attached only to the copy of Notice filed with the Court.

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON, & DUVAL
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

ROBERT J. HANRATTA                         Chapter 7

Apartment 1527

1000 Sommerworth Lane
Richmond, VA 23233
SSN / ITIN: xxx-xx-4024


And                                        Case No.:  11-33907-DOT

KERRY F. HANRATTA

1570 Miller Lane
Manakin-Sabot, VA 23103

SSN / ITIN: xxx-xx-6125

                         Debtors.


### DEBTORS' MOTION TO EXTEND TIME FOR FILING OF
### SCHEDULES, STATEMENTS AND FORMS

The above-captioned debtors ("Debtors"),  pursuant to Federal Rules of Bankruptcy

Procedure 1007 and 3015 and Local Rules 1007-(B) and 3015-2(b), hereby move this Court to

extend the time for filing their  schedules, statements and forms, and in support of said motion

represent the following:

1.  On June 13, 2011 (the "Petition Date"), debtors filed with this Court their chapter 7

petition and list of creditors.

2. On the Petition Date, the debtors were given until June 27, 2011, to file their schedules and statement of financial affairs.

3. By a Clerk's Order entered on June 27, 2011, the time for the filing of the schedules, statements, and other items was extended to July 15, 2011.

4. Debtors require additional time, until July 28, 2011 or other such date as the Court may order, to complete and file its schedules and statements.

5. Exceptional circumstances exist, making a further enlargement of time appropriate.

6. **PURSUANT TO LOCAL RULE 1007-1(E) and 9013-1(H)(3)(c), ANY PARTY OBJECTING TO AN EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES AND STATEMENTS SHALL FILE A WRITTEN OBJECTION WITH THE COURT NOT LATER THAN 7 DAYYS DAYS BEFORE THE SCHEDULED HEARING DATE FOR THIS MOTION, I.E. ON OR BEFORE AUGUST 2, 2011.**

WHEREFORE, Debtors request that this Court grant a further extension of the time, to July 28, 2011 or such other date as the Court may deem appropriate, to file their chapter 7 schedules and statements.

By: /s/ Kevin A. Lake

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON, & DUVAL
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Debtors*

CERTIFICATE

I hereby certify that, on July 14, 2011, I caused to be mailed, via e-mail or by first class mail, a true and accurate copy of the foregoing Debtors' Motion to Further Extend Time for filing of schedules, statements and forms, and Notice of Motion to: See Attached Service List.

By: /s/ Kevin A. Lake
Of Counsel