# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
David Gerard Browne

**In re:** Robert J. Hanratta  
Kerry F. Hanratta  
**Case Number** 11–33907–DOT  
**Chapter** 7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*29* – Motion for Relief from Stay Re: Real Property in Tucker Co., WV with Notice of Hearing, filed by David Gerard Browne of Meyer, Goergen & Marrs on behalf of Essex Bank. Hearing scheduled 8/9/2011 at 11:00 AM at Chief Judge Tice's Courtroom, 701 E. Broad St., Rm. 5100, Richmond, Virginia. (Attachments: # (1) Exhibit(s) Exhibit 1 – Note# (2) Exhibit(s) Exhibit 2 – DOT) (Browne, David)

**REQUIREMENTS OF FORM/PROCESS:**

- __ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- __ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- __

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

- __ Not accompanied by Certification Regarding Request for Expedited Hearing*.
- __

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- __ Not accompanied by proof of service indicating service of motion upon parties required to be served.
- __ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.
- __ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- __

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- __ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- __ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- **X** Date, time and/or location omitted or incorrect in Notice of Hearing.
- __ Notice of Hearing/Response not properly linked to Motion/Application/Objection
- __

*A copy of the above-referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:   July 25, 2011                         CLERK, UNITED STATES BANKRUPTCY COURT

                                              By /s/ Suzan Ramirez–Lowe, Deputy Clerk
[igmotionvDec2009.jsp]                        Direct Dial Telephone No. 804–916–2421