Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Robert J. Hanratta,**
        **Kerry F. Hanratta**

Case No.   **11-33907-DOT**

Debtors

Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 2 | 4,977,100.00 | | |
| B - Personal Property | Yes | 5 | 90,455.94 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 5,483,128.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 15,948,568.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 768.97 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,943.00 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 5,067,555.94 | | |
| Total Liabilities | | | | 21,431,696.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Robert J. Hanratta,**
        **Kerry F. Hanratta**

Case No.    **11-33907-DOT**

                    Debtors

Chapter            **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re    **Robert J. Hanratta,**                                    Case No.  **11-33907-DOT**
         **Kerry F. Hanratta**
                                                      ,
                         Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM | Fee simple; tenancy by the entireties | J | 1,449,900.00 | 1,850,600.00 |
| Real property and improvements located thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6/13/11 which was later set aside because of debtors' bankrutpcy filing | Fee simple; tenancy by the entireties | J | 2,932,200.00 | 2,822,000.00 |
| Real property and improvements located thereon at 1800 A-1 St. David, Kill Devil Hills, NC  (tax assessed value is $337,000; Zillow.com value: $(unavailable) (rental property) --- based upon their information and belief about the current market conditions in the Nags Head area and knowledge of comparable sales, debtors don't believe the fair market value of the property exceeds $250K | | J | 250,000.00 | 307,000.00 |
| Real property and improvements located thereon at 7335 Cornus Ave., Chesterfield, VA (tax assessed value is $292.4K; Zillow.com value: $237,300.00 )(rental property); property was recently listed for $249,950.00 (debtors received a short sale purchase offer for $240,000 in May of 2011) | Fee simple; Tenancy by the Entireties | J | 240,000.00 | 293,958.00 |
| Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepetition; current asking price is $139K (reduced from $149K). Asking price was reduced to current amount in April of 2011 and there have been no offers or expressions of interest | Fee simple; Tenancy by the Entireties | J | Unknown | 102,570.00 |

|  | Sub-Total > | 4,872,100.00 | (Total of this page) |

__1__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **Robert J. Hanratta,**                                    Case No.    **11-33907-DOT**
      **Kerry F. Hanratta,**

                                      Debtors

# SCHEDULE A. REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Unimproved real property located in Tucker Co., WV (Timberline Ski Resort); Lot No. 48, Winterset** | | **J** | **105,000.00** | **107,000.00** |
| **Property had been listed prepetition for $118K and debtors received no offers; tax assessed value is $63K (jurisdiction in which property is located assesses at 60% of FMV)** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **105,000.00** | (Total of this page) |
| Total > | **4,977,100.00** | |
| | | (Report also on Summary of Schedules) |

Sheet   **1**   of   **1**   continuation sheets attached
to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Robert J. Hanratta,**                                      Case No.    **11-33907-DOT**
      **Kerry F. Hanratta**
_____ ,
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash (nominal)(less than $100)** | **-** | **Unknown** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia checking and/or savings account proceeds as of petition date** | **J** | **0.00** |
| | | **Balance as of petition date (6/12/11) was negative $74.95** | | |
| | | **Essex Bank checking and/or savings account proceeds on petition date** | **J** | **18.44** |
| | | **balance as of petition date (6/12/11) was $18.44** | | |
| | | **BB&T checking and/or savings account proceeds as of petition date** | **H** | **0.00** |
| | | **statement shows available balance as of petition date (6/12/11) was $1,159.46, however, ledger balance (which reflects checks delivered prepetition which were honored postpetition) was negative $249.56 ($1,409.00 in checks delivered prepetiton and which cleared postpetiton)** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household furniture (comprised of 3 BR, living room, dining room, great room, kitchen, laundry, and patio furniture), appliances, and home electronics (in possession of wife)** | **J** | **6,440.00** |
| | | **household furniture, appliances, and home electronics (in possession of husband)** | **J** | **2,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books and artwork** | **J** | **1,400.00** |
| 6.  Wearing apparel. | | **man's wearing apparel** | **J** | **100.00** |

                                            Sub-Total >        **10,458.44**
                                      (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert J. Hanratta,**                                     Case No. ___**11-33907-DOT**___
      **Kerry F. Hanratta**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | woman's wearing apparel | J | 250.00 |
| | | man's watch | H | 25.00 |
| 7. Furs and jewelry. | | miscellaneous pieces of woman's costume jewelry | J | 1,000.00 |
| | | woman's wedding/engagement rings | W | 1,000.00 |
| | | man's wedding band | H | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | scuba gear ($600); firearms ($800.00) | H | 1,400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | homeowner's ins. policy through USAA | J | 0.00 |
| | | automobile ins. policy through Progressive | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | Virginia Prepaid Education plan/account for daughter, Robin ($22,400); and Virginia Prepaid Educ. plan/account for son, Matthew ($17,100) | J | 39,500.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1 share of stock in Trans Community Bank (holding co. for Essex Bank) --- this share may be subject to a lien in favor of Essex Bank | J | 3,000.00 |
| | | interest in Guide Group, LLC | H | Unknown |
| | | 70% interest in Aaron Construction Co., Inc. (balance of stock owned by Matthew Hanratta) | H | 0.00 |
| | | 50% ownership interest in Elite Kitchen Designs, LLC | H | 0.00 |
| | | interest in Hanratta Investments, Inc. (upon information and belief, this entity was wound down at some point prepetition) | J | 0.00 |

Sub-Total >    **46,225.00**
(Total of this page)

Sheet  **1**  of  **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert J. Hanratta,**                                          Case No.    **11-33907-DOT**
         **Kerry F. Hanratta,**
_____,
                                Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | membership interest in Newline, LLC (upon information and belief, this entity was wound down at some point prepetition) | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | membership interest in CCBBR, LLC | H | 0.00 |
| | | membership interest in ABKDH, LLC (ABKDH's primary asset is a 50% interest in Bermuda Bay, LLC, which is a debtor in a pending chapter 11 bankruptcy case) | H | 0.00 |
| | | membership interest in BBMH, LLC | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | anticipated federal and state income tax refunds or tax attributes | J | 0.00 |
| | | possible claim to security deposits held by debtors' rental agent, Carolina Designs Realty ("CDR"), for rental property located at 9427 Old Oregon Inlet Rd., Nags Head, NC.  Upon information and belief, deposits for summer rentals total approximately $50K+.  Rental deposits may be subject to claims by holder of deed of trust lien against the property under assignment of rents clause or otherwise and may also be subject to claims of setoff by CDR. Upon information and belief, CDR may have also returned some deposits to prospective renters upon receipt of notice of foreclosure action by lender. | J | Unknown |
| | | rents due on 9427 Old Oregon Inlet Rd., Nags Head, NC ---- may be subject to assignment of rents clause in favor of lender secured by deed of trust against the property and/or claims of setoff by CDR (see entry re security deposits, above) | J | Unknown |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert J. Hanratta,**                                         Case No.    **11-33907-DOT**
      **Kerry F. Hanratta**

                                  Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 BMW X5  automobile with 100K+ miles (current estimated value is based uon Kelley Blue Book trade value for good condition; retail for excellent condition  per same source approximately 16K)** | J | 12,500.00 |
| | | **Debtor's interest in 2004 Lexus LX 470 automobile with 200K miles (current estimated value is based upon 1/2 the Kelley Blue Book trade value for fair condition --- $12,775.00; retail for excellent condition  per same source approximately 22,800). Joint owner is Aaron Construction, Inc.** | H | 6,387.50 |

Sub-Total >        **18,887.50**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert J. Hanratta,**                                        Case No.   __**11-33907-DOT**__
      **Kerry F. Hanratta**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 Hyundai Santa Fe automobile with 100,850 miles (current estimated value is based uon Kelley Blue Book trade value for good condition; retail for excellent condition  per same source approximately $12,150.00).** | H | 9,175.00 |
| | | **1997 GMC Sierra pick-up with approximately 167K mi. Used as farm vehicle.  Vehicle is officially titled to debtor's son, however son tendered title certificate to debtor, Robert Hanratta, who currently holds title certificate.** | H | 2,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **office furniture and equipment used in business** | J | 765.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **household pets (dog and cat)** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **manure spreader; bush hog; 2006 tractor; lawn mower** | J | 2,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **property acquired within 180 days of filing bankruptcy through gift, inheritance, devise, life insurance proceeds, or property settlement agreement or court order pursuant to a divorce or separation** | - | 0.00 |
| | | **prepetition wages payable postpetition** | J | Unknown |
| | | **any recoveries of prepetition or postpetition involuntary transfers effected by attachment and/or payment of judgments or other claims** | J | Unknown |
| | | **Health Savings Account (through Merryl Lynch)** | H | 45.00 |

Sub-Total >        14,885.00
(Total of this page)

Total >        90,455.94

Sheet  __4__  of  __4__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6C
(10/05)

In re  **Robert J. Hanratta,**                                    Case No.   **11-33907-DOT**
      **Kerry F. Hanratta**
_____,
                  Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $125,000.
  ☐ 11 U.S.C. §522(b)(2)
  ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** **Va. Code Ann. § 55-20.2;  Va. Code Ann. § 55-37** | **1.00** **100%** **100%** | **1,449,900.00** |
| **Real property and improvements thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6/13/11 which was later set aside because of debtors' bankrutpcy filing** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **1.00** **100%** | **2,932,200.00** |
| **Real property and improvements located thereon at 1800 A-1 St. David, Kill Devil Hills, NC (tax assessed value is $337,000; Zillow.com value: $(unavailable) (rental property) --- based upon their information and belief about the current market conditions in the Nags Head area and knowledge of comparable sales, debtors don't believe the fair market value of the property exceeds $250K** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **1.00** **100%** | **250,000.00** |
| **Real property and improvements located thereon at 7335 Cornus Ave., Chesterfield, VA (tax assessed value is $292.4K; Zillow.com value: $237,300.00 )(rental property); property was recently listed for $249,950.00 (debtors received a short sale purchase offer for $240,000 in May of 2011)** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **1.00** **100%** | **240,000.00** |
| **Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepetition; current asking price is $139K (reduced from $149K). Asking price was reduced to current amount in April of 2011 and there have been no offers or expressions of interest** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **1.00** **100%** | **Unknown** |
| **Unimproved real property located in Tucker Co., WV (Timberline Ski Resort); Lot No. 48, Winterset** **Property had been listed prepetition for $118K and debtors received no offers; tax assessed value is $63K (jurisdiction in which property is located assesses at 60% of FMV)** | **Va. Code Ann. § 34-4** **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **1.00** **100%** | **105,000.00** |

  **4**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6C
(10/05)

In re **Robert J. Hanratta,**
    **Kerry F. Hanratta**

Case No. **11-33907-DOT**

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash (nominal)(less than $100) | Va. Code Ann. § 34-4 | 1.00 | Unknown |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia checking and/or savings account proceeds as of petition date | Va. Code Ann. § 34-4 | 1.00 | 0.00 |
| | | | |
| Balance as of petition date (6/12/11) was negative $74.95 | | | |
| | | | |
| Essex Bank checking and/or savings account proceeds on petition date | Va. Code Ann. § 34-4 | 1.00 | 18.44 |
| | | | |
| balance as of petition date (6/12/11) was $18.44 | | | |
| | | | |
| BB&T checking and/or savings account proceeds as of petition date | Va. Code Ann. § 34-4 | 1.00 | 0.00 |
| | | | |
| statement shows available balance as of petition date (6/12/11) was $1,159.46, however, ledger balance (which reflects checks delivered prepetition which were honored postpetition) was negative $249.56 ($1,409.00 in checks delivered prepetiton and which cleared postpetiton) | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| household furniture (comprised of 3 BR, living room, dining room, great room, kitchen, laundry, and patio furniture), appliances, and home electronics (in possession of wife) | Va. Code Ann. § 34-26(4a) Va. Code Ann. § 34-4 | 6,440.00 1.00 | 6,440.00 |
| | | | |
| household furniture, appliances, and home electronics (in possession of husband) | Va. Code Ann. § 34-26(4a) Va. Code Ann. § 34-4 | 2,500.00 1.00 | 2,500.00 |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books and artwork | Va. Code Ann. § 34-4 | 1.00 | 1,400.00 |
| | | | |
| **Wearing Apparel** | | | |
| man's wearing apparel | Va. Code Ann. § 34-26(4) Va. Code Ann. § 34-4 | 100.00 1.00 | 100.00 |
| | | | |
| woman's wearing apparel | Va. Code Ann. § 34-26(4) Va. Code Ann. § 34-4 | 250.00 1.00 | 250.00 |
| | | | |
| man's watch | Va. Code Ann. § 34-26(4) Va. Code Ann. § 34-4 | 25.00 1.00 | 25.00 |
| | | | |
| **Furs and Jewelry** | | | |
| miscellaneous pieces of woman's costume jewelry | Va. Code Ann. § 34-4 Va. Code Ann. § 34-26(4) | 1.00 750.00 | 1,000.00 |
| | | | |
| woman's wedding/engagement rings | Va. Code Ann. § 34-4 Va. Code Ann. § 34-26(1a) | 1.00 100% | 1,000.00 |

Sheet **1** of **4** continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6C
(10/05)

In re   **Robert J. Hanratta,**                                    Case No.   **11-33907-DOT**
        **Kerry F. Hanratta**
                                                                   ,
                              Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **man's wedding band** | **Va. Code Ann. § 34-4**<br>**Va. Code Ann. § 34-26(1a)** | **1.00**<br>**100%** | **50.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **scuba gear ($600); firearms ($800.00)** | **Va. Code Ann. § 34-4** | **1.00** | **1,400.00** |
| **Interests in Insurance Policies** | | | |
| **homeowner's ins. policy through USAA** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **automobile ins. policy through Progressive** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **Virginia Prepaid Education plan/account for daughter, Robin ($22,400); and Virginia Prepaid Educ. plan/account for son, Matthew ($17,100)** | **Va. Code Ann. § 34-4**<br>**Va. Code Ann. § 23-38.81** | **1.00**<br>**100%** | **39,500.00** |
| **Stock and Interests in Businesses** | | | |
| **1 share of stock in Trans Community Bank (holding co. for Essex Bank) --- this share may be subject to a lien in favor of Essex Bank** | **Va. Code Ann. § 34-4** | **1.00** | **3,000.00** |
| **interest in Guide Group, LLC** | **Va. Code Ann. § 34-4** | **1.00** | **Unknown** |
| **70% interest in Aaron Construction Co., Inc. (balance of stock owned by Matthew Hanratta)** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **50% ownership interest in Elite Kitchen Designs, LLC** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **interest in Hanratta Investments, Inc. (upon information and belief, this entity was wound down at some point prepetition)** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **membership interest in Newline, LLC (upon information and belief, this entity was wound down at some point prepetition)** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **Interests in Partnerships or Joint Ventures** | | | |
| **membership interest in CCBBR, LLC** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **membership interest in ABKDH, LLC (ABKDH's primary asset is a 50% interest in Bermuda Bay, LLC, which is a debtor in a pending chapter 11 bankruptcy case)** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **membership interest in BBMH, LLC** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **anticipated federal and state income tax refunds or tax attributes** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6C
(10/05)

In re    **Robert J. Hanratta,**                                            Case No.  __**11-33907-DOT**__
           **Kerry F. Hanratta,**
                                                        ,
                          Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| possible claim to security deposits held by debtors' rental agent, Carolina Designs Realty ("CDR"), for rental property located at 9427 Old Oregon Inlet Rd., Nags Head, NC.  Upon information and belief, deposits for summer rentals total approximately $50K+.  Rental deposits may be subject to claims by holder of deed of trust lien against the property under assignment of rents clause or otherwise and may also be subject to claims of setoff by CDR. Upon information and belief, CDR may have also returned some deposits to prospective renters upon receipt of notice of foreclosure action by lender. | Va. Code Ann. § 34-4 | 1.00 | Unknown |
| rents due on 9427 Old Oregon Inlet Rd., Nags Head, NC ---- may be subject to assignment of rents clause in favor of lender secured by deed of trust against the property and/or claims of setoff by CDR (see entry re security deposits, above) | Va. Code Ann. § 34-4 | 1.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2004 BMW X5  automobile with 100K+ miles (current estimated value is based uon Kelley Blue Book trade value for good condition; retail for excellent condition  per same source approximately 16K) | Va. Code Ann. § 34-4 Va. Code Ann. § 34-26(8) | 1.00 2,000.00 | 12,500.00 |
| Debtor's interest in 2004 Lexus LX 470 automobile with 200K miles (current estimated value is based upon 1/2 the Kelley Blue Book trade value for fair condition --- $12,775.00; retail for excellent condition  per same source approximately 22,800.)  Joint owner is Aaron Construction, Inc. | Va. Code Ann. § 34-4 Va. Code Ann. § 34-26(7) | 1.00 6,387.50 | 6,387.50 |
| 2006 Hyundai Santa Fe automobile with 100,850 miles (current estimated value is based uon Kelley Blue Book trade value for good condition; retail for excellent condition  per same source approximately $12,150.00). | Va. Code Ann. § 34-4 Va. Code Ann. § 34-26(8) | 1.00 2,000.00 | 9,175.00 |
| 1997 GMC Sierra pick-up with approximately 167K mi. Used as farm vehicle.  Vehicle is officially titled to debtor's son, however son tendered title certificate to debtor, Robert Hanratta, who currently holds title certificate. | Va. Code Ann. § 34-4 | 1.00 | 2,900.00 |
| **Office Equipment, Furnishings and Supplies** office furniture and equipment used in business | Va. Code Ann. § 34-4 | 1.00 | 765.00 |
| **Animals** household pets (dog and cat) | Va. Code Ann. § 34-26(5) Va. Code Ann. § 34-4 | 100% 1.00 | 0.00 |

Sheet __**3**__ of __**4**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6C
(10/05)

In re    **Robert J. Hanratta,**                                              Case No.    **11-33907-DOT**
    **Kerry F. Hanratta**
                                        Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Farming Equipment and Implements** | | | |
| **manure spreader; bush hog; 2006 tractor; lawn mower** | **Va. Code Ann. § 34-4** | **1.00** | **2,000.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **property acquired within 180 days of filing bankruptcy through gift, inheritance, devise, life insurance proceeds, or property settlement agreement or court order pursuant to a divorce or separation** | **Va. Code Ann. § 34-4** | **1.00** | **0.00** |
| **prepetition wages payable postpetition** | **Va. Code Ann. § 34-4** **Va. Code Ann. § 34-29** | **1.00** **75%** | **Unknown** |
| **any recoveries of prepetition or postpetition involuntary transfers effected by attachment and/or payment of judgments or other claims** | **Va. Code Ann. § 34-4** | **1.00** | **Unknown** |
| **Health Savings Account (through Merryl Lynch)** | **Va. Code Ann. § 34-4** | **1.00** | **45.00** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form B6D
(10/05)

In re    **Robert J. Hanratta,**
       **Kerry F. Hanratta**

                                              Debtors

Case No.    **11-33907-DOT**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **C & F Bank** <br> **Attn: Bankruptcy Dept** <br> **1400 Alverser Drive** <br> **Midlothian, VA 23113** | H | **First Deed of Trust** <br> **Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepitition; current asking price is $139K (reduced from $149K). Asking price was reduced** | | | | | |
| | | Value $        **Unknown** | | | | **99,970.00** | **Unknown** |
| Account No. <br><br> **Essex Bank** <br> **Attn: Bankruptcy Dept.** <br> **10509 Judicial Drive** <br> **Fairfax, VA 22030** | J | **9/07** <br> **Deed of Trust (2nd)** <br> **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepitition for** | | | | | |
| | | Value $        **1,449,900.00** | | | | **384,000.00** | **384,000.00** |
| Account No. <br><br> **Representing:** <br> **Essex Bank** | | **Essex Bank** <br> **c/o Jason Klausing** <br> **2120 Baldwin Ave.** <br> **Crofton, MD 21114** | | | | | |
| | | Value $ | | | | | |
| Account No. <br><br> **Representing:** <br> **Essex Bank** | | **Essex Bank** <br> **c/o Paricia Wood, Esq.** <br> **1802 Bayberry Ct., #200** <br> **Richmond, VA 23226** | | | | | |
| | | Value $ | | | | | |

   **3**    continuation sheets attached

Subtotal
(Total of this page)

**483,970.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re    **Robert J. Hanratta,**                                    Case No.    **11-33907-DOT**
         **Kerry F. Hanratta,**

_____,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **1st Deed of Trust** **Unimproved real property located in Tucker Co., WV (Timberline Ski Resort); Lot No. 48, Winterset** **Property had been listed prepetition for $118K and debtors received no offers; tax assessed value is $63K (jurisdiction in which property i** | | | | | |
| **Essex Bank** **Attn: Bankruptcy Dept.** **10509 Judicial Drive** **Fairfax, VA 22030** | | J | | | | | | |
| | | | Value $                          **105,000.00** | | | | **107,000.00** | **2,000.00** |
| Account No. | | | | | | | | |
| **Representing:** **Essex Bank** | | | **Essex Bank** **c/o David Browne, Esq.** **1802 Bayberry Ct., #200** **Richmond, VA 23226** | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **First Deed of Trust** **Real property and improvements located thereon at 1800 A-1 St. David, Kill Devil Hills, NC (tax assessed value is $337,000; Zillow.com value: $(unavailable) (rental property) --- based upon their information and belief about the current ma** | | | | | |
| **First Horizon** **4000 Horizon Way** **Irving, TX 75063** | X | J | | | | | | |
| | | | Value $                          **250,000.00** | | | | **307,000.00** | **57,000.00** |
| Account No. | | | **2010 real estate taxes** **Statutory Lien** **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for** | | | | | |
| **Goochland County Treasurer** **PO Box 188** **Goochland, VA 23063** | | J | | | | | | |
| | | | Value $                        **1,449,900.00** | | | | **4,600.00** | **0.00** |
| Account No. | | | **2009-2010 real property taxes** **Statutory Lien** **Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepetition; current asking price is $139K (reduced from $149K). Asking** | | | | | |
| **Powhatan County Treasurer** **PO Box 87** **Powhatan, VA 23139** | | J | | | | | | |
| | | | Value $                              **Unknown** | | | | **2,600.00** | **Unknown** |

Sheet **1** of **3** continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Secured Claims                              (Total of this page)     **421,200.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re  **Robert J. Hanratta,**
       **Kerry F. Hanratta**

_____,
Debtors

Case No.  **11-33907-DOT**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SunTrust Bank**<br>**Attn: Bankruptcy Dept.**<br>**1445 Research Road**<br>**Rockville, MD 20850** | | J | **First Deed of Trust**<br>**Real property and improvements located thereon at 7335 Cornus Ave., Chesterfield, VA (tax assessed value is $292.4K; Zillow.com value: $237,300.00 )(rental property); property was recently listed for $249,950.00 (debtors received a short sa** | | | | | |
| | | | Value $             240,000.00 | | | | 293,958.00 | 53,958.00 |
| Account No.<br><br>**Wells Fargo Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 2248**<br>**Jacksonville, FL 32203** | | J | **Deed of Trust (1st)**<br>**Real property and improvements located thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6** | | | | | |
| | | | Value $          2,932,200.00 | | | | 2,321,000.00 | 0.00 |
| Account No.<br><br>**Representing:**<br>**Wells Fargo Bank** | | | **Richard J. Kania**<br>**600-A CentreparkDrive**<br>**Asheville, NC 28805** | | | | | |
| | | | Value $ | | | | | |
| Account No. **xxxx-xxxx-xxxx-6220**<br><br>**Wells Fargo Bank, N.A.**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 96074**<br>**Charlotte, NC 28296** | | J | **Deed of Trust (2nd)**<br>**Real property and improvements located thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6** | | | | | |
| | | | Value $          2,932,200.00 | | | | 501,000.00 | 0.00 |
| Account No.<br><br>**Wells Fargo Bank, N.A. as Servicer for Wachovia Mtg Corp**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | J | **Deed of Trust (1st)**<br>**Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM** | | | | | |
| | | | Value $          1,449,900.00 | | | | 1,462,000.00 | 16,700.00 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

4,577,958.00

Form B6D - Cont.
(10/05)

In re **Robert J. Hanratta,**
**Kerry F. Hanratta**

Case No. **11-33907-DOT**

_____ ,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wachovia Mortgage Corp c/o Samuel I. White, PC 1804 Staples Mill Rd, Ste 200 Richmond, VA 23230 | | | | | |
| **Representing:** **Wells Fargo Bank, N.A. as** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | Wachovia Mortgage Corp c/o Bierman, Geesing, et al 4520 East West Highway, #200 Bethesda, MD 20814 | | | | | |
| **Representing:** **Wells Fargo Bank, N.A. as** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 5,483,128.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(10/05)

In re    **Robert J. Hanratta,**                                                    Case No.    **11-33907-DOT**
　　　　 **Kerry F. Hanratta**

_____,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Robert J. Hanratta,**
     **Kerry F. Hanratta**

Case No.   **11-33907-DOT**

                                      Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | |
| Account No.<br><br>**Dare County Tax Dept<br>962 Marshall Collins Drive<br>Manteo, NC 27954** | J | | | **Real Estate taxes; may also be secured by liens arising pursuant to NC law by against various real property located in NC and owned by debtors on the petition date listed schedule A** | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(10/05)

In re    **Robert J. Hanratta,**
      **Kerry F. Hanratta**

Case No.   **11-33907-DOT**

_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anderson Family Trust<br>c/o of Leroy Anderson, III<br>30 Bellona Arsenal<br>Midlothian, VA 23113** | X | J | possible claim arising from joint and several judgment by Wachovia Bank against debtor and others, including this creditor | | | | **Unknown** |
| Account No.<br><br>**Bank of Virginia<br>11730 Hull Street Road<br>Midlothian, VA 23112** | | H | Newline, LLC debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise --- this debt may be at least partially secured by real and/or personal property owned by a third party | | | | **1,900,000.00** |
| Account No.<br><br>Representing:<br>**Bank of Virginia** | | | Bank of Virginia<br>c/o Robert Hill, Esq.<br>2425 Boulevard, #9<br>Colonial Heights, VA 23834 | | | | |
| Account No.<br><br>**Barthol Design Assoc<br>550 Southlake Blvd<br>Richmond, VA 23236** | X | H | Villas at Dogwood,/Dogwood Villas, LLC debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise; approx. $140K owed to Barthol Designs; $425K owed to David Barthol individually | | | | **565,000.00** |

  **6**   continuation sheets attached

Subtotal
(Total of this page)

**2,465,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Robert J. Hanratta,**                                                                Case No.   **11-33907-DOT**
         **Kerry F. Hanratta**

                                                                    ,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing:** **Barthol Design Assoc** | | | | | David Barthol 550 Southlake Blvd Richmond, VA 23236 | | | | |
| Account No. **Carolina Designs Realty** 1197 Duck Road Duck, NC 27949 | | | J | | possible claims arising under agency & management agreement (CDR is property manager and rental agent for debtors' real property at 9427 Old Oregon Inlet Rd., Nags Head, NC pursuant to written agmt.   Subject to setoff. | X | X | X | **Unknown** |
| Account No. **Currituck Co. Water Dept.** 444 Maple Road Maple, NC 27956 | | | J | | utilities (water) -- may have been statutory lien against property paid at closing of debtor's short sale of 500 Conch Crescent property | | | | **1,315.00** |
| Account No. **various** **Dominion Power** PO Box 26666 Richmond, VA 23261 | | | J | | utitilities (connected to Va. properties and NC properties) | | | | **5,000.00** |
| Account No. **Draper Aden Associates** c/o Transworld Systems 1608 Spring Hill Rd. #410 Vienna, VA 22182 | | | H | | Aaron Constuction debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | **3,500.00** |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,815.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Robert J. Hanratta,__                                    Case No. __11-33907-DOT__
__Kerry F. Hanratta__
_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Enviro-Tech <br> PO Box 69 <br> Harbinger, NC 27941 | | J | | | | | 578.00 |
| Account No. <br><br> Essex Bank <br> Attn: Bankruptcy Dept. <br> 10509 Judicial Drive <br> Fairfax, VA 22030 | | J | Aaron Construction, Inc. debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | 287,723.00 |
| Account No. <br><br> First Capital Bank <br> One James Center <br> 901 E. Cary Street, Suite 100 <br> Richmond, VA 23219 | | H | Bermuda Bay, LLC/ABKDH, LLC debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise --- this debt may be at least partially secured by real and/or personal property owned by a third party | | | | 3,100,000.00 |
| Account No. <br><br> First South Bank <br> 1311 Carolina Ave. <br> PO Box 2047 <br> Washington, NC 27889 | | J | deficiency owing after disposition of collateral for line of credit | | | | 312,200.00 |
| Account No. <br><br> Greywolf Investments <br> 7417 Hoofprint Lane <br> Mechanicsville, VA 23111 | X | H | Dogwood Villas, Inc. debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | 175,000.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of        Subtotal        | 3,875,501.00 |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Robert J. Hanratta,**                                                      Case No.    **11-33907-DOT**
      **Kerry F. Hanratta**
_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | X | J | possible claim arising from joint and several judgment by Wachovia Bank against debtor and others, including this creditor | | | | **Unknown** |
| Account No. <br><br>**Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | X | J | possible claim arising from joint and several judgment by Wachovia Bank against debtor and others, including this creditor | | | | **Unknown** |
| Account No. <br><br>**Oikos Roofing & Siding**<br>**8435 Glazebrook Ave.**<br>**Richmond, VA 23228** | | H | Aaron Construction debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | **15,000.00** |
| Account No. <br><br>**Outer Banks Heating & Cooling**<br>**PO Box 1415**<br>**Nags Head, NC 27959** | | J | repair and/or maintenance work | | | | **5,530.00** |
| Account No. <br><br>**Pleasans Hardware**<br>**c/o Paladin Commercial Group**<br>**3124 S. Parker Rd. #A2-119**<br>**Aurora, CO 80014** | | H | Aaron Construction debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | **6,000.00** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,530.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Robert J. Hanratta,**
       **Kerry F. Hanratta**
                                                     ,
                      Debtors

Case No.   **11-33907-DOT**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southern Outer Banks Water**<br>**444 Maple Road**<br>**Maple, NC 27956** | | J | utilities (water); may constitute a statutory lien against certain real property of the debtor under NC law | | | | 342.00 |
| Account No.<br><br>**Swift Creek Ventures**<br>**10132-C Hull Street**<br>**Midlothian, VA 23112** | | H | Dogwood Villas, Inc. debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | 641,000.00 |
| Account No. xxxxxx3001<br><br>**Town of Nags Head**<br>**PO Box 99**<br>**Nags Head, NC 27959** | | J | utilities (water); may constitute a statutory lien against certain real property of the debtor under NC law | | | | 660.00 |
| Account No.<br><br>**Union First Market Bank**<br>**111 Virginia Street, Suite 200**<br>**Richmond, VA 23219** | | J | Dogwood Villas, Inc. debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise | | | | 3,200,000.00 |
| Account No.<br><br>**Representing:**<br>**Union First Market Bank** | | | **Union First Bank**<br>**c/o William K. Lewis, Esq.**<br>**701 East Franklin St., #1200**<br>**Richmond, VA 23219** | | | | |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,842,002.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Robert J. Hanratta,**                                          Case No.   **11-33907-DOT**
        **Kerry F. Hanratta**
                                                                    ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.  **USAA Savings Bank** Attn: Bankruptcy Dept. PO Box 65020 San Antonio, TX 78265 | | J | | | credit card or revolving credit account (debtors informed and believe that last date used was over 12 months prepetition) | | | | 19,720.00 |
| Account No.  **Virginia Business Bank** 9020 Stony Point Pkwy Suite 225 Richmond, VA 23235 | X | H | | | judgment against debtor and others arising from debtor's guaranty of Bermuda Bay, LLC/ABKDH, LLC debt | | | | 1,100,000.00 |
| Account No.  Representing: Virginia Business Bank | | | | | Virginia Business Bank c/o James Olmstead, Esq. 411 E. Franklin St., #600 Richmond, VA 23219 | | | | |
| Account No.  Representing: Virginia Business Bank | | | | | Virginia Business Bank c/o Wolcott, Rivers, et al. 301 Bendix Rd., Suite 500 Virginia Beach, VA 23452 | | | | |
| Account No.  **Wachovia Bank, N.A.** Attn: Bankruptcy Dept. PO Box 96074 Charlotte, NC 28296 | X | H | | | judgment against debtor and others arising from debtor's guaranty of Bermuda Bay, LLC/ABKDH, LLC debt | | | | 4,600,000.00 |

Sheet no.  **5**  of  **6**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,719,720.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Robert J. Hanratta,**
**Kerry F. Hanratta**

Case No. **11-33907-DOT**

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Wachovia Bank, N.A.** | | | | | **Wachovia Bank, N.A. c/o Kutak Rock  LLP 1111 E. Main St., 8th Floor Richmond, VA 23219** | | | | |
| Account No. **Wellborn Forest Products c/o Ethan & Associates 800 N, Causeway Blvd. 3rd Flr Mandeville, LA 70448** | | H | | | **Elite Kitchen Design debt for which,upon information and belief, debtor may be obligated as guarantor or otherwise** | | | | **10,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,000.00**

Total
(Report on Summary of Schedules)

**15,948,568.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6G
(10/05)

In re **Robert J. Hanratta,**      Case No.   **11-33907-DOT**
     **Kerry F. Hanratta**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carolina Designs Realty**<br>**1197 Duck Road**<br>**Duck, NC 27949** | **property management and rental agency agreement** |
| **Simpson Property Group** | **Residential property lease (for Apartment 1527, 1000 Sommerworth Lane, Richmond, VA) -- one year term** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6H
(10/05)

In re   **Robert J. Hanratta,**                                        Case No.   **11-33907-DOT**
     **Kerry F. Hanratta**
_____ ,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ABKDH, LLC** | **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **ABKDH, LLC** | **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **ABKDH, LLC** | **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **ABKDH, LLC** | **Barthol Design Assoc**<br>**550 Southlake Blvd**<br>**Richmond, VA 23236** |
| **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113**<br>  **co-debtor is jointly liable for approx. $690K of**<br>**amount owed by debtor (attorney's fees )** | **Wachovia Bank, N.A.**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 96074**<br>**Charlotte, NC 28296** |
| **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Bermuda Bay, LLC** | **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Bermuda Bay, LLC** | **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Bermuda Bay, LLC** | **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |

  **1**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Robert J. Hanratta,**                                      Case No.   **11-33907-DOT**

          **Kerry F. Hanratta**

Debtors

# SCHEDULE H. CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Bermuda Bay, LLC** | **Barthol Design Assoc**<br>**550 Southlake Blvd**<br>**Richmond, VA 23236** |
| **Dogwood Villas, Inc.** | **Greywolf Investments**<br>**7417 Hoofprint Lane**<br>**Mechanicsville, VA 23111** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113**<br>    **co-debtor is jointly liable for approx. $690K of**<br>**amount owed by debtor (attorney's fees )** | **Wachovia Bank, N.A.**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 96074**<br>**Charlotte, NC 28296** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Virginia Business Bank**<br>**9020 Stony Point Pkwy**<br>**Suite 225**<br>**Richmond, VA 23235** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Barthol Design Assoc**<br>**550 Southlake Blvd**<br>**Richmond, VA 23236** |
| **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **First Horizon**<br>**4000 Horizon Way**<br>**Irving, TX 75063** |
| **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113**<br>    **co-debtor is jointly liable for approx. $690K of**<br>**amount owed by debtor (attorney's fees )** | **Wachovia Bank, N.A.**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 96074**<br>**Charlotte, NC 28296** |
| **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Anderson Family Trust**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |
| **Leroy Anderson, Jr.**<br>**c/o of Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** | **Leroy Anderson, III**<br>**30 Bellona Arsenal**<br>**Midlothian, VA 23113** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6I
(10/05)

In re  **Robert J. Hanratta**
       **Kerry F. Hanratta**                                    Case No.   **11-33907-DOT**
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **builder/developer** | **Event planner** |
| Name of Employer | **self-employed builder/developer** | **Seasons Fine Catering and Event Planning** |
| How long employed | | **approx. 1 month prepetition** |
| Address of Employer | **14411 Justice Road**<br>**Midlothian, VA 23113** | **11400 Hugenot Rd, Suite 109**<br>**Midlothian, VA 23113** |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | 0.00 | $ | 830.18 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 830.18 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 61.21 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 61.21 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 768.97 |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 768.97 |

16. TOTAL COMBINED MONTHLY INCOME:      $              **768.97**        (Report also on Summary of
                                                                          Schedules)

Form B6I
(10/05)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtors received approx. $76K in net rental income in 2011(prepetition).  They don't expect to receive any add'l rental income, as the source properties either are in foreclosure or have been sold at foreclosure and there may be claims to any rent not received by secured lenders &/or management co. (see Schedule B).**

**Co-debtor Kerry commenced employment with current employer approx. 30 days prepetition & income figures reflected above are based on her average income to date.  Her income is based partly on commission & she expects income increases as her opportunities to earn commissions increase.**

**Debtor Robert has no current income, but hopes to commence multiple construction projects in the near furture which will generate income for him.**

Form B6J
(10/05)

In re **Robert J. Hanratta**
**Kerry F. Hanratta**                                                Case No.    **11-33907-DOT**
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

■  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,125.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 50.00 |
| b. Water and sewer | | $ | 24.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **telephone and cable bundle** | | $ | 95.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 20.00 |
| 4. Food | | $ | 250.00 |
| 5. Clothing | | $ | 10.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 10.00 |
| 8. Transportation (not including car payments) | | $ | 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 10.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 9.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| d. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 1,883.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

   **Some living expenses reflected above are projected --- debtors have insufficient income to make some of them as of the petition date  Health & auto ins. payments are projected -- prepetition, debtors paid in full for policies which cover them through year end, 2011, and they therefore will not have these expenses until 2012.**

   **debtors expect certain living expenses to increase when/if they have the necessary income to make them**

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Total monthly income from Line 16 of Schedule I | $ | 768.97 |
| b.   Total monthly expenses from Line 18 above | $ | 3,943.00 |

Form B6J
(10/05)

c.   Monthly net income (a. minus b.)                                            $ _____ **-3,174.03**

Form B6J
(10/05)

In re    **Robert J. Hanratta**
    **Kerry F. Hanratta**                                    Case No.    **11-33907-DOT**
    _____
    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## (Spouse's Schedule)

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 850.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 120.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 50.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 50.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,060.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

**Some living expenses reflected above are projected --- debtors have insufficient income to make some of them as of the petition date  Health & auto ins. payments are projected -- prepetition, debtors paid in full for policies which cover them through year end, 2011, and they therefore will not have these expenses until 2012.**

**debtors expect certain living expenses to increase when/if they have the necessary income to make them**

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Robert J. Hanratta**
      **Kerry F. Hanratta** _____    Case No.   <u>**11-33907-DOT**</u>

                         Debtor(s)    Chapter   <u>**7**</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>**33**</u> sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   <u>**August 15, 2011**</u>         Signature    <u>**/s/ Robert J. Hanratta**</u>
                                                **Robert J. Hanratta**
                                                Debtor

Date   <u>**August 15, 2011**</u>         Signature    <u>**/s/ Kerry F. Hanratta**</u>
                                                **Kerry F. Hanratta**
                                                Joint Debtor

     *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Robert J. Hanratta**
      **Kerry F. Hanratta**                            Case No.    **11-33907-DOT**
                                  Debtor(s)                 Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011 YTD (Robert) --- no income from employment or operation of business** |
| **$1,764.00** | **2011 YTD (Kerry) --- employment** |
| **$85,315.00** | **2010 (Robert) --- Elite Kitchen Design** |
| **$85,315.00** | **2009 (Robert) -- Elite Kitchen Design** |
| **$0.00** | **2009-2010 (Robert) -- losses from various entities** |
| **$0.00** | **2009-2010 (Kerry) -- no income from op. of business or employment** |

2

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$184,609.00** | **2009 net rental income** |
| **$176,238.00** | **2010 net rental income** |
| **$76,000.00** | **2011 net rental income YTD** |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Bank, N.A. as PO Box 10335 Des Moines, IA 50306** | **payment was to a secured creditor via transfer referenced in SOFA 10, below** | **$2,150,000.00** | **$378,000.00** |
| **First South Bank 1311 Carolina Ave. PO Box 2047 Washington, NC 27889** | **6/7/11 (payment made to this creditor, a 2d DOT holder, via transfer referenced in SOFA 10, below** | **$34,600.00** | **$312,200.00** |
| **Union First Market Bank 111 Virginia Street, Suite 200 Richmond, VA 23219** | **6/7/11 (payment made to this creditor, a 3d DOT holder, via transfer referenced in SOFA 10, below** | **$30,000.00** | **$100,000.00** |
| **First South Bank 1311 Carolina Ave. PO Box 2047 Washington, NC 27889** | **March and April of 2011; creditor swept "interest reserve" account containing rents subject to an assignment of rents clause** | **$3,600.00** | **$305,000.00** |

3

None
  ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
  ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Essex Bank v. Robert & Kerry Hanratta; CL11-81** | **breach of note/on guarantee** | **Goochland Circuit Court** | **pending** |
| **Petition for Hearing on Foreclosure** | **Foreclosure on 9427 Old Oregon Inlet Rd., Nags Head, NC** | **Dare County Superior Court, Manteo, NC** | **pending** |
| **Wachovia Bank, N.A. v. Leroy L. Anderson, et al. (including Robert J. Hanratta, Jr.) 3:09CV630** | **breach of note/on guaranty** | **U.S. District Court (EDVA-Richmond)** | **judgment entered 8/19/10 for plaintiff against debtor for $3.3MM plus attorney's fees totaling $596K** |
| **Virginia Business Bank v. Robert J. Hanratta; CL10-3654-1** | **breach of note/guaranty** | **City of Richmond Circuit Court** | **judgment for plaintiff on 8/24/10 for $1.013MM plus $252K attorney's fees** |

None
  ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
  ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
  ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

■

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

■

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

■

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

☐

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Spinella, Owings & Shaia, P.C.**<br>**8550 Mayland Dr**<br>**Richmond, VA 23294** | **3/10/11** | **$1,000.00** |
| **McDonald, Sutton & DuVal, PLC**<br>**VISTAS II**<br>**5516 Falmouth Street, Suite 108**<br>**Richmond, VA 23230** | **paid in full before filing** | **$4,649.00 - attorney's fees;**<br>**$299.00 - filing fee**<br>**$52.00 homestead deed**<br>**recording fees** |

**10.  Other transfers**

None
☐

    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mark Kozacko**<br>**2912 Cone Road**<br>**Raleigh, NC 27613**<br>   **arms length third party purchaser** | **6/3/11** | **Real property and improvements thereon located at 500 Conch Crescent, Corolla, NC 27927 was short-sold for $2,15MM; debtors received no proceeds (tax assessed value at time of sale was $2,187,468.00; pay-off on deed of trust lien in favor or Wells Fargo was $2.528MM); Union First Market Bank (3d deed of trust holder) rec'd $30K at closing; First South Bank (holder of 2d DOT) rec'd $34K at closing** |
| **various** | **January 2011** | **without conceding that such payments constitute transfers within the meaning of this question or the Code, debtors purchased, in January of 2011, health insurance (approx. $4,3K) and auto insurance ($3,635) policies which cover them through December of 2011. Details regarding these purchases will be provided to the trustee.** |

None
■

    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1570 Millers Lane** | **Robert J. Hanratta, Jr.** | **through 2010** |
| **Manakin-Sabot, VA 23103** | | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                      DOCKET NUMBER                              STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Aaron Construction, Inc.** | **6529** | **14411 Justice Rd., SuiteA Midlothian, VA 23113** | **construction** | **1999-present** |
| **Elite Kitchen Design, LLC** | **5152** | **1411 Justice Rd., SuiteA Midlothian, VA 23113** | **contracting** | **2008-present** |
| **Newline** | **7291** | | **investment capital** | |
| **Hanratta Investments** | **1624** | | **holding company for office building** | |
| **CCBBR, LLC** | **7319** | **30 Bellona Arsenal Rd Midlothian, VA 23113** | **developmen (part of Bermuda Bay project); rentals on 28 townhouses** | **2008-present** |
| **ABKDH, LLC** | **1037** | **30 Bellona Arsenal Rd. Midlothian, VA 23113** | **development (part of Bermuda Bay project)** | **2003 - present** |
| **BBMH, LLC** | **9597** | **30 Bellona Arsenal Midlothian, VA 23113** | **development (entity owns model home in Nags Head, NC that is in rental program)** | **2005 - present** |

None
☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Hanratta Investments** | |
| **CCBBR, LLC** | **30 Bellona Arsenal Rd Midlothian, VA 23113** |
| **ABKDH, LLC** | **30 Bellona Arsenal Rd. Midlothian, VA 23113** |
| **BBMH, LLC** | **30 Bellona Arsenal Midlothian, VA 23113** |

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐　a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mark Jones & Associates** | **1997-2011** |
| **6802 Paragon Place, Suite 440** | |
| **Richmond, VA 23230** | |

None
■　b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■　c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐　d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **C & F Bank** | |
| **Attn: Bankruptcy Dept** | |
| **1400 Alverser Drive** | |
| **Midlothian, VA 23113** | |
| **Union First Market Bank** | |
| **111 Virginia Street, Suite 200** | |
| **Richmond, VA 23219** | |
| **Wells Fargo Bank** | |
| **Attn: Bankruptcy Dept.** | |
| **PO Box 2248** | |
| **Jacksonville, FL 32203** | |
| **Wachovia Bank, N.A.** | |
| **Attn: Bankruptcy Dept.** | |
| **PO Box 96074** | |
| **Charlotte, NC 28296** | |
| **Essex Bank** | |
| **Attn: Bankruptcy Dept.** | |
| **10509 Judicial Drive** | |
| **Fairfax, VA 22030** | |
| **Bank of Virginia** | |
| **11730 Hull Street Road** | |
| **Midlothian, VA 23112** | |
| **Virginia Business Bank** | |
| **9020 Stony Point Pkwy** | |
| **Suite 225** | |
| **Richmond, VA 23235** | |

NAME AND ADDRESS                                                          DATE ISSUED

**First Capital Bank**
**One James Ctr.**
**901 E. Cary St., Suite 100**
**Richmond, VA 23219**

**Towne Bank**
**1 Old Oyster Point Rd.**
**Suite 300**
**Newport News, VA 23602**

### 20. Inventories

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
       and the dollar amount and basis of each inventory.

                                                                         DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR                       (Specify cost, market or other basis)

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None
■      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                         NATURE AND PERCENTAGE
NAME AND ADDRESS                      TITLE                               OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■      a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
       commencement of this case.

NAME                                  ADDRESS                            DATE OF WITHDRAWAL

None
■      b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
       immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                              DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

NAME & ADDRESS                                                           AMOUNT OF MONEY
OF RECIPIENT,                         DATE AND PURPOSE                    OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                OF WITHDRAWAL                       VALUE OF PROPERTY

10

**24. Tax Consolidation Group.**

None

■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 15, 2011**                 Signature   **/s/ Robert J. Hanratta**
                                                        **Robert J. Hanratta**
                                                        Debtor

Date   **August 15, 2011**                 Signature   **/s/ Kerry F. Hanratta**
                                                        **Kerry F. Hanratta**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Robert J. Hanratta**
       **Kerry F. Hanratta**                      Case No.    **11-33907-DOT**

Debtor(s)            Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|:---:|---|---|---|
| **Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepetition; current asking price is $139K (reduced from $149K). Asking price was reduced** | **C & F Bank** | X | | | |
| **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM** | **Essex Bank** | X | | | |
| **Unimproved real property located in Tucker Co., WV (Timberline Ski Resort); Lot No. 48, Winterset** <br><br>**Property had been listed prepetition for $118K and debtors received no offers; tax assessed value is $63K (jurisdiction in which property i** | **Essex Bank** | X | | | |
| **Real property and improvements located thereon at 1800 A-1 St. David, Kill Devil Hills, NC (tax assessed value is $337,000; Zillow.com value: $(unavailable) (rental property) --- based upon their information and belief about the current ma** | **First Horizon** | X | | | |
| **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM** | **Goochland County Treasurer** | X | | | |

Form 8 Cont.
(10/05)

In re    **Robert J. Hanratta**
       **Kerry F. Hanratta**                            Case No.   **11-33907-DOT**

Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Unimproved real property located at 3310 Scarlet Oaks, Powhatan, VA (tax assessed value is $136.7K); property has been listed for sale for over 1 year prepetition; current asking price is $139K (reduced from $149K). Asking price was reduced** | **Powhatan County Treasurer** | X | | | |
| **Real property and improvements located thereon at 7335 Cornus Ave., Chesterfield, VA (tax assessed value is $292.4K; Zillow.com value: $237,300.00 )(rental property); property was recently listed for $249,950.00 (debtors received a short sa** | **SunTrust Bank** | X | | | |
| **Real property and improvements located thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6** | **Wells Fargo Bank** | X | | | |
| **Real property and improvements located thereon at 9427 Old Oregon Inlet Road, Nags Head, NC (tax assessed value is $4,415,600.00; Zillow.com value: $2,932,200) (rental property)---property was sold for $1,339,000.00 at foreclosure sale on 6** | **Wells Fargo Bank, N.A.** | X | | | |
| **Real property and improvements located thereon at 1570 Millers Lane, Manakin-Sabot, VA (tax assessed value is $1.449.9MM; Zillow.com value: $1.571MM); property has been listed within the last 6 months prepetition for $1.595MM** | **Wells Fargo Bank, N.A. as** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re   **Robert J. Hanratta**
      **Kerry F. Hanratta**                                             Case No.   **11-33907-DOT**
                                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **August 15, 2011**                 Signature   **/s/ Robert J. Hanratta**
                                                     **Robert J. Hanratta**
                                                     Debtor

Date   **August 15, 2011**                 Signature   **/s/ Kerry F. Hanratta**
                                                      **Kerry F. Hanratta**
                                                     Joint Debtor

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re:  Robert J. Hanratta and Kerry F. Hanratta          Case No.:  11-33907-DOT
                                                          Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept…………………$ hourly fee
> Prior to the filing of this statement I have received………..$ 4,653.00
> Balance Due……………………………………………..$ unknown

2.      $ 299.00 of the filing fee has been paid.

3.      The source of the compensation paid to me was:

> X___ Debtor  _____ Other (specify)

4.      The source of compensation to be paid to me is:

> _____ Debtor  X____ Other (specify)  **See #6 and #7 below**

**5.**     X_____  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

_____  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

> a.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
> b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
> c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
> d.      Other provisions as needed:

**For disclosed fee, attorney has agreed to perform only those services described above in 6a – 6c. Necessary amendments, modifications of any kind, representation at any adjourned 11 USC 341 meetings are not included disclosed fee. Representation for any additional aspects of case offered only to extent that adequate financial arrangements to satisfaction of attorney made by debtor. Any services beyond those expressly noted herein to be performed at billing rate of $315.00/hour for Principal Attorney; $200.00/hour for Associates and $85.00/hour for Paralegals. Once services and/or costs expended exceed amounts paid by debtor, attorney has no further contractual obligation to provide legal services or costs, and attorney is, at his or her option, and to the extent allowed by law, deemed discharged and released by debtor. Amount disclosed as received is exclusive of costs paid by Debtor – see SOFA #9 for amounts applied to costs.**

7.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**For disclosed fee, attorney has agreed to perform only those services described above in 6a – 6c. Necessary amendments, modifications of any kind, representation at any adjourned 11 USC 341 meetings are not included disclosed fee. Representation for any additional aspects of case offered only to extent that adequate financial arrangements to satisfaction of attorney made by debtor. Any services beyond those expressly noted herein to be performed at billing rate of $315.00/hour for Principal Attorney; $200.00/hour for Associates and $85.00/hour for Paralegals. Once services and/or costs expended exceed amounts paid by debtor, attorney has no further contractual obligation to provide legal services or costs, and attorney is, at his or her option, and to the extent allowed by law, deemed discharged and released by debtor.**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/01/11                                          /s/ Kevin A. Lake
Date                                            Kevin A. Lake, Esquire 34286
                                                McDonald, Sutton & DuVal, PLC
                                                5516 Falmouth Street, Suite 108
                                                Richmond, Virginia 23230
                                                (804) 643-0000
                                                (804) 788-4427 facsimile